

**CHERIE K. BERRY**
Commissioner of Labor

Harriet S. Hopkins
Deputy Administrator
Retaliatory Employment Discrimination Bureau

July 4, 2019

**BY CERTIFIED MAIL**
70171450000147818404

Cynthia Johnson c/o Bartina Edwards
10130 Mallard Creek Rd., Ste. 300
Charlotte, NC 28262

    **Re: Cynthia Johnson v. Charlotte Mecklenburg Schools**
    **File No: 50120**

Dear Cynthia Johnson:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced Complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you want to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your Complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley, as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

*[signature]*

Jay Cronley
Information Officer

cc: Respondent
*Complainant RTS Letter--Requested*

1101 Mail Service Center • Raleigh • NC • 27699-1101
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov